**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re: HOLLY A LYNCH                                                                                                Case No.: 10-63141

Debtor(s)

# CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  12/03/2010.
2) The plan was confirmed on  07/10/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  07/09/2012.
6) Number of months from filing or conversion to last payment:  13.
7) Number of months case was pending:  24.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  2,050.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $6,768.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$6,768.00** |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,626.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $385.88 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,011.88** |

Attorney fees paid and disclosed by debtor:          $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACCESS FEDERAL CREDIT UNION | Secured | 12,472.00 | 8,334.35 | 8,334.35 | 3,497.40 | 1,258.72 |
| ACCESS FEDERAL CREDIT UNION | Secured | NA | 7,700.00 | 7,700.00 | .00 | .00 |
| AMERICAN EXPRESS CENTURION BAN | Unsecured | 9,000.00 | 8,967.37 | 8,967.37 | .00 | .00 |
| AMERICAN INFOSOURCE LP AS AGENT | Unsecured | 900.00 | 921.89 | 921.89 | .00 | .00 |
| CANDICA LLC | Unsecured | 2,600.00 | 1,445.60 | 1,445.60 | .00 | .00 |
| CANDICA LLC | Unsecured | NA | 1,131.35 | 1,131.35 | .00 | .00 |
| CANDICA LLC | Unsecured | NA | 2,760.27 | 2,760.27 | .00 | .00 |
| CAPITAL ONE NA | Unsecured | 3,500.00 | 3,476.55 | 3,476.55 | .00 | .00 |
| CENTRAL NY GROUP | Unsecured | 7,500.00 | NA | NA | .00 | .00 |
| CHARTER MEDIA-TN/KY | Unsecured | NA | 651.95 | 651.95 | .00 | .00 |
| CLEAR CHANNEL-POUGHKEEPSIE | Unsecured | 12,000.00 | NA | NA | .00 | .00 |
| COMDOC INC | Unsecured | 2,300.00 | NA | NA | .00 | .00 |
| DE LAGE LANDEN FINANCIAL SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| DE LAGE LANDEN FINANCIAL SERVICE | Unsecured | NA | 15,744.01 | 15,744.01 | .00 | .00 |
| DELL FINANCIAL SERVICES LP | Unsecured | 1,315.00 | 1,314.38 | 1,314.38 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re:  HOLLY A LYNCH                                              Case No.:  10-63141

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| DEPARTMENT STORES NAT'L BANK/MA | Unsecured | 611.00 | 610.53 | 610.53 | .00 | .00 |
| EXCELLUS BLUE CROSS BLUE SHIELD | Unsecured | 400.00 | NA | NA | .00 | .00 |
| FREEDOM BROADCASTING OF NY INC | Unsecured | 6,200.00 | 7,137.56 | 7,137.56 | .00 | .00 |
| GEMB/PAYPAL BUYER CREDIT | Unsecured | 2,800.00 | NA | NA | .00 | .00 |
| JACOB COLLECTION GROUP LLC | Unsecured | NA | NA | NA | .00 | .00 |
| JUNIPER BANK/BARCLAY | Unsecured | 2,800.00 | NA | NA | .00 | .00 |
| NATIONAL REGISTERED AGENTS INC | Unsecured | 170.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 445.00 | NA | NA | .00 | .00 |
| NELSON, WATSON & ASSOCIATES | Unsecured | 1,352.00 | NA | NA | .00 | .00 |
| ONEIDA SAVINGS BANK | Secured | 120,900.00 | 120,377.91 | 120,377.91 | .00 | .00 |
| ONEIDA SAVINGS BANK | Secured | NA | 11,542.48 | 11,542.48 | .00 | .00 |
| PAMAL BROADCASTING LTD | Unsecured | NA | 9,298.11 | 9,298.11 | .00 | .00 |
| PINNACLE FINANCIAL GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| PORTFOLIO INVESTMENTS I LLC | Unsecured | NA | 2,868.76 | 2,868.76 | .00 | .00 |
| PORTFOLIO INVESTMENTS I LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| REMINDER PUBLICATIONS | Unsecured | 330.00 | NA | NA | .00 | .00 |
| SEROTA AVIS & ASSOCIATES | Unsecured | 655.00 | NA | NA | .00 | .00 |
| SLATER TENAGLIA FRITZ & HUNT PA | Unsecured | 550.00 | NA | NA | .00 | .00 |
| SPRINGFIELD ROCKS RADIO GROUP | Unsecured | 1,122.00 | NA | NA | .00 | .00 |
| SUPER MEDIA FORMERLY IDEARC MEI | Unsecured | 253.00 | 252.36 | 252.36 | .00 | .00 |
| THE HARTFORD | Unsecured | 850.00 | NA | NA | .00 | .00 |
| THE OBSERVER DISPATCH | Unsecured | 300.00 | NA | NA | .00 | .00 |
| TRANSMEDIA INC | Unsecured | 2,300.00 | 2,106.25 | 2,106.25 | .00 | .00 |
| UNITED RECOVERY SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| WCAX TELEVISION #1376 | Unsecured | NA | 13,280.40 | 13,280.40 | .00 | .00 |
| WILHELM & NORMAN,PLLC | Unsecured | 9,183.80 | NA | NA | .00 | .00 |
| WISH TELEVISION | Unsecured | 14,020.00 | NA | NA | .00 | .00 |
| WNYT TELEVISION # 6148 | Unsecured | 22,950.00 | 8,216.95 | 8,216.95 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK
### SYRACUSE DIVISION

In re: HOLLY A LYNCH                                                                                   Case No.: 10-63141

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| XPEDX STORES | Unsecured | 110.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 120,377.91 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 8,334.35 | 3,497.40 | 1,258.72 |
| All Other Secured: | 19,242.48 | .00 | .00 |
| **TOTAL SECURED:** | 147,954.74 | 3,497.40 | 1,258.72 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 80,184.29 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $2,011.88 | |
| Disbursements to Creditors: | $4,756.12 | |
| **TOTAL DISBURSEMENTS:** | | $6,768.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/05/2013                    By: /s/Mark W. Swimelar
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.